UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY BOWERS                                          CIVIL ACTION

VERSUS                                              NO: 07-955

FRANCISCO QUINTANA, WARDEN                          SECTION: "J" (1)

**ORDER**

Before the Court is defendant's Motion to Dismiss. (Doc. 4.) The motion was filed in lieu of a response to the Petition for Habeas Corpus and was set for hearing on April 4, 2007. No opposition was filed. Petitioner filed his section 2241 petition in person on February 12, 2007, here at the Eastern District of Louisiana Courthouse, seeking immediate release from his incarceration in the Eastern District of Texas because of the alleged failure of the Bureau of Prisons to consider him for either a Community Corrections Center or for Home Confinement, and also for incorrectly computing his "good time." Petitioner was released from custody in Texas on November 22, 2006, thus, even if his petition stated a ground for relief, it was moot at the time it was filed.

Accordingly,

**IT IS ORDERED** that defendant's Motion to Dismiss is **GRANTED**;

**IT IS FURTHER ORDERED** that the above-captioned petition for writ of habeas corpus is **DISMISSED.**

New Orleans, Louisiana this the 5th day of April, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE